Thomas R. Curtin
George C. Jones
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, NJ 07962-2075
Tel:  (973) 993-8100
Fax:  (973) 425-0161

*Attorneys for Defendant*
*Bionpharma Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>BIONPHARMA INC., )<br>)<br>Defendant. ) | Civil Action No. 21-12870 (MAS) (DEA)<br><br>**NOTICE OF DEFENDANT BIONPHARMA'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Return Date:  August 16, 2021** |

**PLEASE TAKE NOTICE** that on August 16, 2021, or as soon thereafter as counsel may be heard, Defendant Bionpharma Inc. ("Bionpharma") shall move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of an Order transferring the instant action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Bionpharma shall rely upon the moving Brief and the Declaration of Roshan P. Shrestha, Ph.D., filed concurrently herewith, as well as any submission offered on reply.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated:  July 14, 2021

        */s/ Thomas R. Curtin*
Thomas R. Curtin
George C. Jones
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, NJ 07962-2075
Tel:  (973) 993-8100
Fax:  (973) 425-0161
tcurtin@mdmc-law.com
gjones@mdmc-law.com

Of Counsel:

Andrew M. Alul
Roshan P. Shrestha, Ph.D.
TAFT, STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
312-527-4000
aalul@taftlaw.com
rshrestha@taftlaw.com

*Attorneys for Defendant
Bionpharma Inc.*