# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>)<br>)<br>BIONPHARMA INC.,    )<br>)<br>Defendant.    ) | Civil Action No. 21-12870 (MAS) (DEA)<br><br><br><br>**ORDER GRANTING TRANSFER<br>OF VENUE PURSUANT TO<br>28 U.S.C. § 1404(a)** |

**THIS MATTER**, having been opened to the Court by Defendant, Bionpharma Inc., for entry of an Order transferring the instant action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a); and the Court having considered the papers filed in support of and in opposition to the motion; and for good cause shown;

**IT IS** on this _____ day of _____, 2021,

**ORDERED** that Defendant's motion to transfer is granted and the instant action is transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

_____
HON. MICHAEL A. SHIPP
United States District Judge