# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORERX, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 8:21-cv-2515-TPB-SPF <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Azurity Pharmaceuticals, Inc. hereby notifies the Court of the dismissal **without prejudice** of all claims against Defendant CoreRx, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Defendant has neither served an answer nor a motion for summary judgment in this action.

Dated: November 26, 2021

Respectfully submitted,

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack
**SHUTTS & BOWEN, LLP**
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

1

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2021 a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Woodrow H. Pollack*
Woodrow H. Pollack