# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 8:21-cv-2515-TPB-SPF <br> ) |
| CORERX, INC., | ) <br> ) |
| Defendant. | ) |

## JOINT MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF CORRECTING DISMISSAL

Plaintiff Azurity Pharmaceuticals, Inc. and Defendant CoreRx, Inc., respectfully ask the Court to reopen the above captioned case for the sole purpose of filing a corrected stipulated dismissal, attached hereto as Exhibit A.

Dated: December 10, 2021            Respectfully submitted,

/s/ *Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: *geoffrey.grivner@bipc.com*
       *kody.sparks@bipc.com*

*Attorneys for Defendant, CoreRX, Inc*

/s/ *Woodrow Pollack*
Woodrow H. Pollack
SHUTTS & BOWEN, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

1

OF COUNSEL:

Matthew L. Fedowitz, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, D.C. 20006-3807
Telephone: (202) 452-7306
Email: *matthew.fedowitz@bipc.com*

Rajiv Khanna, Esq.
BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Telephone: (212) 440-4472
Email:
*rajiv.khanna@bipc.com*

Ashley Bruce Trehan, Esq.
BUCHANAN INGERSOLL & ROONEY PC
FBN 0043411
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
*ashley.trehan@bipc.com*

Raquel A. Rodriguez, Esq.
FL Bar No. 511439
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Telephone: 305.347.4080
Fax: 305.347.4089
*raquel.rodriguez@bipc.com*

.

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900

EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 8:21-cv-2515-TPB-SPF |
| CORERX, INC., | ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Azurity Pharmaceuticals, Inc. and Defendant CoreRx, Inc., hereby agree and stipulate to the dismissal **without prejudice** of all claims against Defendant CoreRx, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party shall bear its own costs and attorneys' fees.

Dated: December 10, 2021           Respectfully submitted,

/s/ *Geoffrey Grivner*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: *geoffrey.grivner@bipc.com*
          *kody.sparks@bipc.com*

*Attorneys for Defendant, CoreRX, Inc.*

/s/ *Woodrow Pollack*
Woodrow H. Pollack
SHUTTS & BOWEN, LLP
4301 W Boy Scout Blvd Ste 300
Tampa, FL 33607-5716
(813) 463-4894

*Attorneys for Plaintiff Azurity Pharmaceuticals, Inc.*

1

EXHIBIT A

OF COUNSEL:

Matthew L. Fedowitz, Esq.
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, D.C. 20006-3807
Telephone: (202) 452-7306
Email: *matthew.fedowitz@bipc.com*

Rajiv Khanna, Esq.
BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th Floor
New York, NY 10019-6102
Telephone: (212) 440-4472
Email: *rajiv.khanna@bipc.com*

Ashley Bruce Trehan, Esq.
BUCHANAN INGERSOLL & ROONEY PC
FBN 0043411
401 East Jackson Street, Suite 2400
Tampa, FL 33602
Tel: (813) 222-8180
Fax: (813) 222-8189
*ashley.trehan@bipc.com*

Raquel A. Rodriguez, Esq.
FL Bar No. 511439
BUCHANAN INGERSOLL & ROONEY PC
2 South Biscayne Blvd, Suite 1500
Miami, FL 33131
Telephone: 305.347.4080
Fax: 305.347.4089
*raquel.rodriguez@bipc.com*

OF COUNSEL:

Wendy L. Devine
Kristina M. Hanson
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

Ty W. Callahan
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900