# Exhibit H

**Shrestha, Roshan P.**

---

| | |
|---|---|
| **From:** | Shrestha, Roshan P. |
| **Sent:** | Wednesday, August 3, 2022 8:36 PM |
| **To:** | Kaufman, Granville; Johnson, Aaron; Halkowski, Nicholas; Alul, Andrew M.; Jack Phillips; Megan C. Haney |
| **Cc:** | Dellinger, Megan E.; Bank, Jeffrey; Poonai, Alexander; Devine, Wendy; Hanson, Tina; cjkelly@mayerbrown.com |
| **Subject:** | RE: Azurity/Bionpharma (21-1286 & 21-1455) |

Counsel:

Your proposed edits are in no way "modest"—they essentially seek to exclude all of Azurity's designated in-house personnel from the prosecution and FDA practice bars that the parties have been operating under for the last four years. Bionpharma will simply not agree to this.

Further, because our attempt to address Azurity's initial concerns regarding the prosecution/FDA practice bars—by agreeing to a limited carve out for Mr. George—was a compromise offer that Azurity has rejected, Bionpharma will revert to its original position that the parties should abide by the agreement they reached in January of this year, endorsed and ordered by Judge Stark, which is to submit and docket the protective order from the First Wave Suits as is. *See* D.I. 126, PO ¶ 3. We intend on doing just that.

Please let us know your availability to meet and confer on this issue next week.

- Roshan

---

**From:** Kaufman, Granville <gkaufman@wsgr.com>
**Sent:** Friday, July 29, 2022 2:31 PM
**To:** Johnson, Aaron <AJohnson@Taftlaw.com>; Shrestha, Roshan P. <rshrestha@taftlaw.com>; Halkowski, Nicholas <nhalkowski@wsgr.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; cjkelly@mayerbrown.com
**Subject:** RE: Azurity/Bionpharma (21-1286 & 21-1455)

[EXTERNAL MESSAGE]

Counsel,

Attached please find modest edits to the protective order that provide the same level of access and restrictions to all of Azurity's designated in-house representatives. We believe this is appropriate as the information is publicly available and we do not see a reason for Mr. George to receive disparate treatment.

Please let us know if this is acceptable. If not, we are generally available to meet and confer early next week.

Regards,

**Granville Clay Kaufman| Associate | Wilson Sonsini Goodrich & Rosati, Professional Corporation**
12235 El Camino Real | San Diego, CA 92130 | T: 213-369-3593 | gkaufman@wsgr.com | www.wsgr.com

---

**From:** Johnson, Aaron <AJohnson@Taftlaw.com>
**Sent:** Tuesday, July 19, 2022 2:49 PM
**To:** Kaufman, Granville <gkaufman@wsgr.com>; Shrestha, Roshan P. <rshrestha@taftlaw.com>; Halkowski, Nicholas <nhalkowski@wsgr.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; cjkelly@mayerbrown.com; Johnson, Aaron <AJohnson@Taftlaw.com>
**Subject:** RE: Azurity/Bionpharma (21-1286 & 21-1455)

EXT - ajohnson@taftlaw.com

---

Counsel, please see the attached edits from Bionpharma to Azurity's proposed protective order.  Please let us know as soon as possible if we have an agreement.  If not, please provide us with your availability to meet and confer.

- Aaron

---

**From:** Kaufman, Granville <gkaufman@wsgr.com>
**Sent:** Wednesday, June 22, 2022 6:44 PM
**To:** Johnson, Aaron <AJohnson@Taftlaw.com>; Shrestha, Roshan P. <rshrestha@taftlaw.com>; Halkowski, Nicholas <nhalkowski@wsgr.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; cjkelly@mayerbrown.com
**Subject:** RE: Azurity/Bionpharma (21-1286 & 21-1455)

[EXTERNAL MESSAGE]
**This Message originated outside your organization.**

---

Counsel,

Attached, please find a proposed draft of the Protective Order. Additionally, please find a redlined version of the Protective Order over the prior Protective Order in C.A. Nos. 18-1962/19-1067. Please let us know if this is acceptable or if Bionpharma has further edits for consideration.

Regards,

**Granville Clay Kaufman| Associate | Wilson Sonsini Goodrich & Rosati, Professional Corporation**
12235 El Camino Real | San Diego, CA 92130 | T: 213-369-3593 | gkaufman@wsgr.com | www.wsgr.com

---

**From:** Johnson, Aaron <AJohnson@Taftlaw.com>
**Sent:** Tuesday, June 21, 2022 5:26 PM
**To:** Shrestha, Roshan P. <rshrestha@taftlaw.com>; Halkowski, Nicholas <nhalkowski@wsgr.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>

**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; cjkelly@mayerbrown.com; Johnson, Aaron <AJohnson@Taftlaw.com>
**Subject:** RE: Azurity/Bionpharma (21-1286 & 21-1455)

EXT - ajhonson@taftlaw.com

---

Counsel:

We still have not received a response from Azurity to our email below about a protective order in the case. This email represents at least the third or fourth time Bionpharma has reached out to Azurity about the parties' obligation under Paragraph 3 of the Scheduling Order to submit for docketing in the Third Wave Suits the protective order from the First Wave Suits. As such, we assume we are at an impasse on this issue, and plan on submitting to the Court for docketing the First Wave Suits' protective order.

Please let us know your availability tomorrow or Thursday for a meet and confer to confirm that the parties are at an impasse on this issue.

- Aaron

**Taft /**

**Aaron M. Johnson**
Associate
AJohnson@Taftlaw.com
**Dir:** 612.977.8268
**Tel:** 612.977.8400 | **Fax:** 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Shrestha, Roshan P. <rshrestha@taftlaw.com>
**Sent:** Wednesday, April 20, 2022 3:58 PM
**To:** Halkowski, Nicholas <nhalkowski@wsgr.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; Johnson, Aaron <AJohnson@Taftlaw.com>; cjkelly@mayerbrown.com
**Subject:** RE: Azurity/Bionpharma (21-1286 & 21-1455) // Interim Joint Status Report

Counsel:

In light of the fact that the parties submitted to the Court a status report just last week (pursuant to the Court's March 30th order, 21-1286 D.I. 151), and the fact that we have a status conference with the Court set for next Monday, we think submission of yet another status report to the Court at this time would be redundant and of little value to the Court and the parties.  We suggest submitting a stipulation and proposed order continuing the deadline for an interim status report set forth in Paragraph 14 of the Scheduling Order (21-1286 D.I. 126) until sometime in mid-June or July of this year.  Please let us know your thoughts.

Separately, we point out that the parties have yet to comply with Paragraph 3 of the Scheduling Order, which requires the parties to submit and docket in the Third Wave Suits the protective order from the First Wave Suits.  When we left off on this topic, Azurity was interested in seeking a modification to the protective order that would allow Hanok George, Azurity's in-house counsel who also has responsibility for prosecution of Azurity's enalapril liquid patent family, access to pleadings and briefs that contain confidential Bionpharma financial information.  While Bionpharma will not agree to a wholesale removal of the patent prosecution bar the parties have already agreed to, we are willing to consider a carve out that would allow Mr. George access to pleadings and briefs that contain Bionpharma's confidential financial information, as long as any confidential technical information regarding Bionpharma's ANDA product is redacted out.  If Azurity agrees to this compromise, please send us over a markup of the First Wave Suits protective order that includes Azurity's proposed carve out language for Mr. George.  Otherwise, Bionpharma intends on submitting to the Court for docketing the First Wave Suits protective order as is, as required by Paragraph 3 of the Scheduling Order.

Please get back to us on these issues as soon as possible.

- Roshan

**Taft /**    **Roshan P. Shrestha, Ph.D.,** Partner
Intellectual Property/Patent; Litigation
Direct: 312.840.4339 | Office Ext: 34339
Taft Office: Chicago

**From:** Halkowski, Nicholas <nhalkowski@wsgr.com>
**Sent:** Wednesday, April 20, 2022 1:33 PM
**To:** Shrestha, Roshan P. <rshrestha@taftlaw.com>; Alul, Andrew M. <AAlul@taftlaw.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>
**Cc:** Dellinger, Megan E. <mdellinger@morrisnichols.com>; Bank, Jeffrey <jbank@wsgr.com>; Poonai, Alexander <apoonai@wsgr.com>; Devine, Wendy <wdevine@wsgr.com>; Hanson, Tina <thanson@wsgr.com>; Johnson, Aaron <AJohnson@Taftlaw.com>; cjkelly@mayerbrown.com
**Subject:** Azurity/Bionpharma (21-1286 & 21-1455) // Interim Joint Status Report

[EXTERNAL MESSAGE]
Counsel,

Attached is a draft of the interim joint status report due this Friday, April 22.  We can discuss, if necessary, this afternoon on our call.

**WILSON SONSINI**

Nicholas Halkowski | Associate | Wilson Sonsini Goodrich & Rosati
One Market | Spear Tower | San Francisco, CA | 94105-1126 | direct: 415-947-2126 | nhalkowski@wsgr.com



This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.