UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BIONPHARMA INC.,<br><br>*Defendant*. | C.A. No. 21-1286-MSG<br>C.A. No. 21-1455-MSG |

## DEFENDANT BIONPHARMA'S MOTION
## FOR RECONSIDERATION ON SCHEDULING

*Of Counsel*:

Andrew M. Alul
Luke T. Shannon
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
312-527-4000

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-977-8400

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000

Dated:  March 8, 2023

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendant
Bionpharma Inc.*

Defendant Bionpharma Inc. ("Bionpharma") respectfully moves this Court for reconsideration in connection with the parties' scheduling dispute (D.I.[1] 264, Joint Scheduling Submission) and the Court's Amended Scheduling Order (D.I. 268). The grounds for the instant Motion are fully set forth in Bionpharma's Brief in support of the instant Motion, filed concurrently herewith, and in the accompanying Declaration of Christopher J. Kelly, Esq. Pursuant to D. Del. LR 7.1.1, the undersigned counsel certifies that a reasonable effort was made to reach agreement on the matters set forth herein, but agreement could not be reached.

WHEREFORE, Bionpharma respectfully requests that this Court grant its Motion, vacate the Amended Scheduling Order, and enter an amended scheduling order that provides the parties with at least 9 months to complete fact discovery. A proposed order for the Court's consideration, which includes a proposed amended scheduling order, is submitted concurrently herewith.

Dated: March 8, 2023

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of Counsel*:

Andrew M. Alul
Luke T. Shannon
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

---

[1] All "D.I." references herein and in Bionpharma's accompanying Opening Brief are to the 21-1286 docket unless otherwise specified.

312-527-4000
aalul@taftlaw.com
lshannon@taftlaw.com
rshrestha@taftlaw.com

Aaron M. Johnson
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-977-8400
ajohnson@taftlaw.com

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2112
(650) 331-2000
cjkelly@mayerbrown.com

*Attorneys for Defendant Bionpharma Inc.*