IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BIONPHARMA INC.<br><br>*Defendant*. | C.A. No. 21-1286-MSG |
| AZURITY PHARMACEUTICALS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BIONPHARMA INC.<br><br>*Defendant*. | C.A. No. 21-1455-MSG |

**[PROPOSED] ORDER**

On, this _____ day of _____, 2023, having considered Defendant Bionpharma Inc.'s ("Bionpharma") Motion for Leave to File a Summary Judgment Motion (the "Motion") and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that the Motion is GRANTED. Bionpharma shall file its summary judgment motion no later than three weeks from the date of this order.

_____
The Honorable Mitchell S. Goldberg
United States District Court Judge