IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIONPHARMA INC., et al. <br><br> *Defendants*. | C.A. No. 21-1286-MSG <br> (Consolidated) |

**[PROPOSED] ORDER**

On, this _____ day of _____, 2023, having considered Defendant Bionpharma Inc.'s ("Bionpharma") Letter Brief Requesting an Order Compelling Plaintiff Azurity Pharmaceuticals, Inc. ("Azurity") to Produce Antitrust-Specific Documents and Supplement Initial Disclosures and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Bionpharma's Request is GRANTED: Azurity shall (1) produce responsive documents to Bionpharma's Requests for Production Nos. 11-14, 20-25, 27-29, 44-47, 49-51, 53-58, 60, 63-66 and (2) search for and produce responsive documents from custodians Messrs. Bhatt, Davenport, Edwards, Leo, and Poole.

_____
The Honorable Mitchell S. Goldberg
United States District Court Judge