**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIONPHARMA INC., et al. <br><br> *Defendants*. | C.A. No. 21-1286-MSG <br> (Consolidated) <br><br> **REDACTED – PUBLIC VERISON** |

**EXHIBITS A-C TO DEFENDANT BIONPHARMA'S OPPOSITION TO PLAINTIFF
AZURITY'S REQUESTS FOR A PROTECTIVE ORDER AND AN ORDER
COMPELLING PRODUCTION**

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS,  MCLAUGHLIN  &  HALL,
P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*

Dated:  June 2, 2023