# EXHIBIT B
# HIGHLY CONFIDENTIAL

| | |
|---|---|
| **From:** | venkat@bionpharma.com |
| **To:** | 'Lavesh Samtani'; gaurav@bionpharma.com |
| **Sent:** | 1/17/2022 3:09:30 PM |
| **Subject:** | FW: Support in Resolving Issues with Bionpharma and companies Novaquest has a strong equity ownership (CoreRx and Azurity). |

FYI

**From:** David Goodman <dgoodman@pharmascience.com>
**Sent:** Monday, January 17, 2022 2:59 PM
**To:** Jeff Edwards <Jeff.Edwards@nqcapital.com>
**Subject:** RE: Support in Resolving Issues with Bionpharma and companies Novaquest has a strong equity ownership (CoreRx and Azurity).

Dear Jeff,

Thank you very much for your call and email message. Can we speak this Friday sometime between 12:00-16:00? Please let me know what time works best for you.

Best Regards,

David

**From:** Jeff Edwards <Jeff.Edwards@nqcapital.com>
**Sent:** Monday, January 17, 2022 11:17 AM
**To:** David Goodman <dgoodman@pharmascience.com>
**Subject:** RE: Support in Resolving Issues with Bionpharma and companies Novaquest has a strong equity ownership (CoreRx and Azurity).

> ATTENTION: Ce courriel provient de l'extérieur de l'organisation. Ne cliquez pas sur des liens ou n'ouvrez pas des pièces jointes à moins de reconnaître l'expéditeur et de savoir que le contenu est sécuritaire.
> CAUTION: This email originates from outside of the organization. Do not click on the links or open attachments unless you recognize the sender and know the content is safe.

David-

Thanks for your note.

I would be happy to chat with you, when convenient. My mobile is +1-615-351-0717 and is the best way to reach me.

All the best for now.

Jeff


Jeff Edwards
Partner

4208 Six Forks Road, Suite 920 | Raleigh, NC 27609
P: +1-919-459-8633
M: +1-615-351-0717
E-mail: jeff.edwards@nqcapital.com


CONFIDENTIALITY STATEMENT. This communication, including attachments, is intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential, proprietary, trade secret and/or other information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, printing, forwarding or saving of this communication, and/or any action or omission in reliance upon it, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication, including attachments, from your computer.


Begin forwarded message:

**From:** David Goodman <dgoodman@pharmascience.com>
**Date:** January 16, 2022 at 10:47:14 AM EST
**To:** Ron Wooten <Ron.Wooten@nqcapital.com>
**Subject: Support in Resolving Issues with Bionpharma and companies Novaquest has a strong equity ownership (CoreRx and Azurity).**

> External Sender: This email originated from outside of the organization.

Dear Mr Wooten,

I am writing to you as a board member and significant investor in Bion Pharma to seek your assistance in coming up with some alternative processes to quickly resolving the companies differences.  The key issues resolve around longstanding Paragraph IV and ancillary other legal actions related to Bion Pharma's ANDA for enalapril solution with Azurity and the supply of the same product by CoreRx.  As you know Bion Pharma had an ownership of CoreRx before the company was sold last year to Novaquest.

Both companies have spent and are continuing to spend a lot of energy and money and have not been able to resolve the matter to eithers' satisfaction.  Its for that reason that I am reaching out to discuss with you some alternatives that may get the parties to a quicker resolution of the matter.  This may come through direct discussion, non binding mediation or even arbitration on any of the matters.  I believe that continuing with the current plan only destroys value for both parties.

I would appreciate if you could respond and let me know if you want to discuss this further.

Best Regards,

David W. Goodman, Ph.D.
Chief Executive Officer
Pharmascience Inc.
6111 Royalmount Avenue
Montreal, Quebec. H4P 2T4
tel. (514) 340-5071
fax. (514) 342-3654
email. dgoodman@pharmascience.com

AVIS DE CONFIDENTIALITÉ : Ce message peut contenir de l'information légalement privilégiée ou confidentielle. Si vous n'êtes pas le destinataire ou croyez avoir reçu par erreur ce message, nous vous saurions gré d'en aviser l'émetteur et d'en détruire le contenu sans le communiquer à d'autres ou le reproduire. CONFIDENTIALITY NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or received this communication by error, please notify the sender and delete the message without copying or disclosing it.

AVIS DE CONFIDENTIALITÉ : Ce message peut contenir de l'information légalement privilégiée ou confidentielle. Si vous n'êtes pas le destinataire ou croyez avoir reçu par erreur ce message, nous vous saurions gré d'en aviser l'émetteur et d'en détruire le contenu sans le communiquer à d'autres ou le reproduire. CONFIDENTIALITY NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or received this communication by error, please notify the sender and delete the message without copying or disclosing it.