# EXHIBIT C
# HIGHLY CONFIDENTIAL

Message

**From**: Venkat Krishnan [venkat@bionpharma.com]
**Sent**: 2/15/2022 11:07:17 AM
**To**: lavesh@bionpharma.com; gaurav@bionpharma.com
**Subject**: FW: Follow on call

fyi

---

**From:** David Goodman <dgoodman@pharmascience.com>
**Sent:** Tuesday, February 15, 2022 9:30 AM
**To:** venkat@bionpharma.com
**Subject:** FW: Follow on call

FYI.

David W. Goodman, Ph.D.
Chief Executive Officer
Pharmascience Inc.
6111 Royalmount Avenue
Montreal, Quebec. H4P 2T4
tel. (514) 340-5071
fax. (514) 342-3654
email. dgoodman@pharmascience.com

---

**From:** Jeff Edwards <Jeff.Edwards@nqcapital.com>
**Sent:** Tuesday, February 15, 2022 9:25 AM
**To:** David Goodman <dgoodman@pharmascience.com>
**Subject:** RE: Follow on call

ATTENTION: Ce courriel provient de l'extérieur de l'organisation. Ne cliquez pas sur des liens ou n'ouvrez pas des pièces jointes à moins de reconnaître l'expéditeur et de savoir que le contenu est sécuritaire.
CAUTION: This email originates from outside of the organization. Do not click on the links or open attachments unless you recognize the sender and know the content is safe.

David-

Sorry for the tardiness in my reply. I'm speaking to Amit tomorrow and will call you afterwards.

Best,
Jeff

Jeff Edwards
Partner

4509 Creedmoor Rd, Suite 403 | Raleigh, NC 27612
P: +1-919-261-5251
M: +1-615-351-0717
E-mail: jeff.edwards@nqcapital.com

CONFIDENTIALITY STATEMENT. This communication, including attachments, is intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential,

proprietary, trade secret and/or other information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, disclosure, distribution, copying, printing, forwarding or saving of this communication, and/or any action or omission in reliance upon it, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete this communication, including attachments, from your computer.

---

**From:** David Goodman <dgoodman@pharmascience.com>
**Sent:** Monday, February 7, 2022 1:50 PM
**To:** Jeff Edwards <Jeff.Edwards@nqcapital.com>
**Subject:** Follow on call

**External Sender: This email originated from outside of the organization.**

---

Dear Jeff,

I heard that Venkat spoke last week with Amit. Please let me know if you want to schedule another call. I could be free Wednesday morning , Thursday afternoon or Friday from 10:00-13:00.

Best Regards,

David W. Goodman, Ph.D.
Chief Executive Officer
Pharmascience Inc.
6111 Royalmount Avenue
Montreal, Quebec. H4P 2T4
tel. (514) 340-5071
fax. (514) 342-3654
email. dgoodman@pharmascience.com

AVIS DE CONFIDENTIALITÉ : Ce message peut contenir de l'information légalement privilégiée ou confidentielle. Si vous n'êtes pas le destinataire ou croyez avoir reçu par erreur ce message, nous vous saurions gré d'en aviser l'émetteur et d'en détruire le contenu sans le communiquer à d'autres ou le reproduire. CONFIDENTIALITY NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or received this communication by error, please notify the sender and delete the message without copying or disclosing it.
AVIS DE CONFIDENTIALITÉ : Ce message peut contenir de l'information légalement privilégiée ou confidentielle. Si vous n'êtes pas le destinataire ou croyez avoir reçu par erreur ce message, nous vous saurions gré d'en aviser l'émetteur et d'en détruire le contenu sans le communiquer à d'autres ou le reproduire. CONFIDENTIALITY NOTICE: This communication may contain privileged or confidential information. If you are not the intended recipient or received this communication by error, please notify the sender and delete the message without copying or disclosing it.

**CERTIFICATE OF SERVICE**

I, Megan C. Haney, hereby certify that on June 2, 2023, a copy of Exhibits A-C to Defendant Bionpharma's Opposition to Plaintiff Azurity's Requests for a Protective Order and an Order Compelling Production was served upon the following counsel of record in the manner indicated below:

**VIA EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Wendy L. Devine
Kristina M. Hanson
Jody Karol
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
wdevine@wsgr.com
thanson@wsgr.com
jkarol@wsgr.com

Natalie J. Morgan
Wilson Sonsini Goodrich & Rosati
12235 El Camino Real, Suite 200
San Diego, CA 94105
nmorgan@wsgr.com

Granville C. Kaufman
Ty W. Callahan
Wilson Sonsini Goodrich & Rosati
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
gkaufman@wsgr.com
tcallaham@wsgr.com

Jeffrey C. Bank
Alexander Poonai
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW, Fifth Floor

Washington, DC 20006
jbank@wsgr.com
apoonai@wsgr.com

Azuritybionpharma505@wsgr.com

*/s/ Megan C. Haney*
Megan C. Haney (No. 5016)