# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIONPHARMA INC., *et al.*, <br><br> *Defendants*. | C.A. No. 21-1286-MSG <br> (consolidated) <br><br> FILED UNDER SEAL—MAY CONTAIN INFORMATION DESIGNATED BY PLAINTIFF AS HIGHLY CONFIDENTIAL |

**<u>DECLARATION OF ROSHAN P. SHRESTHA, PH.D.</u>**

I, Roshan P. Shrestha, Ph.D., of full age, hereby declares as follows:

1. I am an attorney licensed to practice in Illinois and am a member of the firm, Taft Stettinius & Hollister LLP, counsel to Defendant Bionpharma Inc. ("Bionpharma"). In such capacity, I am fully familiar with the facts contained herein.

2. I submit this Declaration in support of Bionpharma's Letter Requesting an Order Compelling Plaintiff Azurity to Provide Discovery Concerning Its Antitrust Document Collection Efforts.

3. Based on a review of Azurity production in these cases I have carried out, Azurity has produced approximately 922 documents—totaling approximately 17,936 pages—since June 22, 2021, the filing date of the 21-1286 action (originally filed as *Azurity Pharmaceuticals, Inc. v. Bionpharma Inc.*, No. 3:21-cv-12870 (D.N.J.)).

4. Of the approximately 922 documents Azurity has produced, approximately 440 of those documents are related to the patent claims and defenses in these cases ("patent production"), mostly consisting of patents, prosecution histories, inventor lab notebooks, and invalidity or infringement documents produced from related actions, including *Azurity Pharm., Inc. v. Alkem*

*Labs. Ltd.*, C.A. No. 19-2100-MSG (D. Del.) and *Azurity Pharm., Inc. v. Annora Pharma Pvt. Ltd.*, C.A. No. 21-196-MSG (D. Del.). The remaining approximately 482 documents that Azurity has produced relate primarily to the antitrust claims and defenses in these cases ("antitrust-specific production").

5. Broken down by pages, Azurity's patent production totals to approximately 15,416 pages, while Azurity's antitrust-specific production totals to approximately 2,520 pages.

6. Based on my review, I have created the following table summarizing Azurity's production in the instant suits thus far:

| Production Date | Bates Range | Number of Documents | Description |
|---|---|---|---|
| 02/10/2022 | SLVGT-EPA_0107344 – SLVGT-EPA_0108290 | 4 | U.S. Patent Nos. 11, 040,023 (the "'023 patent") and 11,141,405 (the "'405 patent") and file histories thereof. |
| 09/12/2022 | SLVGT-EPA_0108291 – SLVGT-EPA_0108360 | 9 | Financial statements from 2019-2020; Epaned sales, Epaned Market, IQVIA, and pharmacies data. |
| 09/23/2022 | SLVGT-EPA_0108361 – SLVGT-EPA_0111666 | 8 | U.S. Patent Nos. 10,772,868; 10,786,482; 10,799,476; 10,918,621, and file histories thereof. |
| 10/18/2022 | SLVGT-EPA_0111667 – SLVGT-EPA_0112291 | 6 | The '023 and '405 patent file histories; Azurity Performance Summary 2022 presentation; Product Performance presentation. |
| 11/01/2022 | SLVGT-EPA_0112292 – SLVGT-EPA_0113213 | 26 | Materials from *Azurity v. Amneal* (19-cv-678 (D. Del.) (consolidated)) litigation (expert reports, exhibits, and written discovery). |
| 11/07/2022 | SLVGT-EPA_0113214 – SLVGT-EPA_0121807 | 238 | Materials from *Azurity v. Alkem* (19-cv-2100 (D. Del.) (consolidated)) litigation (expert reports and transcripts; Alkem Rule 30(b)(6) deposition notice; Little, Mahan, Miles, Beckloff, and Mosher deposition transcripts and exhibits thereto; written discovery). |
| 11/29/2022 | SLVGT-EPA_0121808 – SLVGT-EPA_0122017 | 116 | Excel spreadsheets with prescription data; Amneal royalty calculations; Amneal manufacturing agreement; Amneal invoices; 2022Q3 Performance Summary Update presentation. |
| 02/21/2023 | SLVGT-EPA_0122018 – SLVGT-EPA_0122749 | 327 (166 slip-sheets for documents | Azurity-CoreRx email correspondence regarding settlement of *Azurity v. CoreRx* litigations; email correspondence regarding early filings and summons from *Bionpharma* |

2

| Production Date | Bates Range | Number of Documents | Description |
|---|---|---|---|
| | | withheld on privilege grounds) | v. CoreRx (1:21-cv-10656 (SDNY)) case and decision from Second Circuit denying Azurity/CoreRx's motion to stay. |
| 03/09/2023 | SLVGT-EPA_0122750 – SLVGT-EPA_0122933 | 21 | Enalapril monthly prescription data; IQVIA update; Amneal litigation settlement materials; Amneal royalty and purchase order materials; Azurity budget presentation from 2022; Azurity forecast presentation from 2022; laboratory notebook pages. |
| 03/10/2023 | AZU_NOV_0000001 – AZU_NOV_0000557 | 4 | '023 patent and '405 patent and prosecution histories thereof. |
| 04/25/2023 | SLVGT-EPA_0122934 – SLVGT-EPA_0122947 | 7 | Azurity (CutisPharma) board of directors meeting minutes from 2021-2022; Patel declaration submitted in *Bionpharma v. CoreRx* (SDNY) case. |
| 5/19/2023 | SLVGT-EPA_0122948 – SLVGT-EPA_0122986 | 3 | Azurity organizational charts. |
| 5/26/2023 | SLVGT-EPA_0122987 – SLVGT-EPA_0124648 | 143 | Azurity board meeting presentations; NovaQuest-Azurity monthly call agendas from 2020-2021; materials from *Azurity v. Annora* (21-cv-196 (D. Del.) (Consolidated)) litigation (written discovery, expert reports, infringement contentions, though production omits deposition transcripts); product complaint materials for Epaned powder products from 2014-2015. |
| 6/2/2023 | SLVGT-EPA_0124649 – SLVGT-EPA_0124722 | 10 | Laboratory notebooks (*e.g.*, from Mosher, Miles) dated 2020 and 2022; data from experiments presented in excel spreadsheets. |

7.  While Azurity's March 9, 2023 production of documents that it had produced in response to a subpoena served in connection with *Bionpharma Inc. v. CoreRx, Inc.*, No. 1:21-cv-10656-JGK-VF (S.D.N.Y.) includes email correspondence between Azurity's and CoreRx's representatives, I have been unable to locate any other emails in Azurity's production in the instant suits.

3

4

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2023

*Roshan P. Shrestha*

Roshan P. Shrestha, Ph.D.