# EXHIBIT B

**NovaQuest-Azurity**   CONFIDENTIAL
*Monthly Call*
*July 6, 2020*

AGENDA

**Strategy**

1. Paragraph IVs
   a. Bion / CoreRx
2. Redacted - Non-Responsive
3.
4.
5.

**Portfolio**

**R&D**

6. Redacted - Non-Responsive
7.

**Commercial**

8. Redacted - Non-Responsive

**Operations**

9. Redacted - Non-Responsive

**HR & Administrative**

10. Redacted - Non-Responsive
11.
12.

**NovaQuest-Azurity**   **CONFIDENTIAL**
*Monthly Call*
*December 9, 2020*

## AGENDA

**Strategy**

1. Paragraph IVs – any material updates
   a. Bion
   b. Epaned
      i. 3 new patents on Epaned
      ii. Bion - court decision in February
2. 
3. 
4. 

**Redacted - Non-Responsive**

**Portfolio**

5. Redacted - Non-Responsive
6. New Patents
   a. Epaned

Redacted - Non-Responsive

**R&D**

**Commercial**

7.
8.

Redacted - Non-Responsive

**NovaQuest-Azurity**                                                **CONFIDENTIAL**
*Monthly Call*
*December 9, 2020*

**Operations**

9. Update on Quality deviations/investigations

10. Redacted - Non-Responsive

**HR & Administrative**

**NovaQuest-Azurity**  CONFIDENTIAL
*Monthly Call*
*June 1, 2020*

## AGENDA

**Strategy**

1. Redacted - Non-Responsive

2. Paragraph IVs

**Portfolio**

3. Redacted - Non-Responsive

**R&D**

4.
5. Redacted - Non-Responsive

**Commercial**

6.
7. Redacted - Non-Responsive

**Operations**

8.
9. Redacted - Non-Responsive

**Administrative**

10. Redacted - Non-Responsive

**NovaQuest-Azurity**　　　　　　　　　　　　　　　　　　　　　　　　　　CONFIDENTIAL
*Monthly Call*
*April 6, 2020*

## AGENDA

**Strategy**

1. Redacted - Non-Responsive
2. Redacted - Non-Responsive
3. Paragraph IVs

**Portfolio**

4. Redacted - Non-Responsive
5. Redacted - Non-Responsive

**R&D**

6. Redacted - Non-Responsive
7. Redacted - Non-Responsive

**Commercial**

8. Redacted - Non-Responsive
9. Redacted - Non-Responsive

**Operations**

10. Redacted - Non-Responsive
11. Redacted - Non-Responsive

**Administrative**

12. Redacted - Non-Responsive
13. Redacted - Non-Responsive

**NovaQuest-Azurity**  **CONFIDENTIAL**
*Monthly Call*
*December 6, 2021*

## AGENDA

**Strategy**

1.
2.
3.
4.

**Redacted - Non-Responsive**

5. Paragraph IVs – any material updates

**R&D**

6.
7.
8.
9.

**Redacted - Non-Responsive**

10. New Patents
    a. Epaned
    b. Firvanq

**Commercial**

**Operations**

**HR & Administrative**

NovaQuest-Azurity                                                    CONFIDENTIAL
*Monthly Call*
*November 1, 2021*

## AGENDA

**Strategy**

1. Redacted - Non-Responsive
2. Paragraph IVs – any material updates
3. Redacted - Non-Responsive

**R&D**

4.
5.
6. Redacted - Non-Responsive
7.
8. New Patents
    a. Epaned
       Redacted - Non-Responsive

**Commercial**

**Operations**

**HR & Administrative**

**NovaQuest-Azurity**  CONFIDENTIAL
*Monthly Call*
*April 5, 2021*

AGENDA

**Strategy**

1. Paragraph IVs – any material updates
2. Redacted - Non-Responsive
3. 
4. 

**Portfolio**

5. Redacted - Non-Responsive
6. 
7. New Patents
   a. Epaned
8. Redacted - Non-Responsive

**R&D**

**Commercial**

9. Redacted - Non-Responsive
10. 

**Operations**

11. Redacted - Non-Responsive
12. 

**HR & Administrative**

*NovaQuest-Azurity* **CONFIDENTIAL**
*Monthly Call*
*August 3, 2020*

## AGENDA

**Strategy**

1. Paragraph IVs – any material updates
    a. Bion
    b. Others
2.
3. **Redacted - Non-Responsive**
4.
5.

**Portfolio**

6. **Redacted - Non-Responsive**

**R&D**

**Commercial**

7. **Redacted - Non-Responsive**
8.

**Operations**

9. **Redacted - Non-Responsive**
10.

**HR & Administrative**

11.
12. **Redacted - Non-Responsive**
13.

**NovaQuest-Azurity** CONFIDENTIAL
*Monthly Call*
*October 4, 2021*

AGENDA

**Strategy**

1. Redacted - Non-Responsive
2. Paragraph IVs – any material updates
3. Redacted - Non-Responsive

**R&D**

4.
5.
6. Redacted - Non-Responsive
7.
8. New Patents
   a. Epaned
   b. Redacted - Non-Responsive

**Commercial**

**Operations**

**HR & Administrative**

NovaQuest-Azurity                                                                                                CONFIDENTIAL
*Monthly Call*
*September 8, 2020*

### AGENDA

**Strategy**

1. Paragraph IVs – any material updates
   a. Bion
   b. Others
2. 
3. **Redacted - Non-Responsive**
4. 

**Portfolio**

5. New Patents
   a. Epaned
   b. **Redacted - Non-Responsive**

**R&D**

**Commercial**

6. 
7. **Redacted - Non-Responsive**

**Operations**

8. 
9. **Redacted - Non-Responsive**

**NovaQuest-Azurity**  **CONFIDENTIAL**
*Monthly Call*
*September 8, 2020*

**HR & Administrative**

10.
11.
12. 
13.
14.

**NovaQuest-Azurity**  **CONFIDENTIAL**
*Monthly Call*
*June 7, 2021*

AGENDA

**Strategy**

1. Paragraph IVs – any material updates
2. Redacted - Non-Responsive

**R&D**

3.
4.
5. Redacted - Non-Responsive
6.

7. New Patents
   a. Epaned
   b. Redacted - Non-Responsive

**Commercial**

**Operations**

**HR & Administrative**

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                                             SLVGT-EPA_0123181