# EXHIBITS C-G

# REDACTED IN

# THEIR ENTIRETY