IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> BIONPHARMA INC., et al. <br><br> *Defendants*. | C.A. No. 21-1286-MSG <br> (Consolidated) |

**[PROPOSED] ORDER**

On, this _____ day of _____, 2023, having considered Defendant Bionpharma Inc.'s ("Bionpharma") Request for an Order Compelling Plaintiff Azurity to Provide Discovery Concerning Its Antitrust Document Collection Efforts and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Bionpharma's Request is GRANTED: Plaintiff Azurity shall produce (1) a declaration from one of its senior executives explaining its antitrust document collection efforts in these cases; and (2) a Rule 30(b)(6) witness to testify on those collection efforts.

_____
The Honorable Mitchell S. Goldberg
United States District Court Judge